FILED

# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF CALIFORNIA

San Jose Venue

JUN 2 9 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

### Petition for Summons for Offender Under Supervision

---

Name of Offender:         Brett Wayne Wofford          Docket No.:  CR 95-20055-01 JW

Name of Sentencing Judge:   The Honorable James Ware
                            United States District Judge

Date of Original Sentence:   December 13, 1995

Original Offense:
Count One: Felon in Possess of Firearm, 18 U.S.C. § 922 (g)(1), a Class A felony
Count Two: Felon in Possess of Ammunition, 18 U.S.C. § 922 (g)(1), a Class A felony

Original Sentence: 180 months custody, five years TSR
Special Conditions: Special assessment $100.00; fine $2,500.00; drug/alcohol treatment; search

Type of Supervision: Supervised Release          Date Supervision Commenced: April 21, 2009
Assistant U.S. Attorney: William Kean          Defense Counsel: Alfredo M. Morales (Appointed)

---

### Petitioning the Court

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge Trumbull for identification of counsel and setting of further proceedings on July 6, 2009 at 11:00 a.m.

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 06/23/08

Brett Wayne Wofford                                                              Page 2
CR 95-20055-01 JW

| Charge Number | Violation |
|---|---|

One

There is probable cause to believe that the offender violated special condition number one which requires him to participate in a program of substance abuse treatment, which include testing to determine if the offender has reverted to the use of controlled substance or alcohol.

On June 7, 2009, the offender reported to Pathway Society to submit a random drug testing. According to the staff at Pathway's, the offender showed up intoxicated with alcohol as evidence by the smell of alcohol on his person, his slurred speech, and his use of profanity to staff. In addition, the offender urinated on himself and all over the floor while sitting in the front office. He left the building without submitting to a urinalysis test.

On June 8, 2009, the offender contacted me via phone to report the above incident. He advised me that he was turned away by the staff at Pathway's when he reported for urinalysis testing. He said he was asked to leave because the staff smelled alcohol on him.

When questioned, the offender admitted to drinking a couple of beers prior to reporting to Pathway. He denied urinating on himself and insisted that the staff fabricated the report.

On June 23, 2009, U.S. Probation Officer Jose Martinez and I visited the offender at his home. The offender appeared flustered and nervous. When questioned, he admitted to us that he drank alcohol at a bar yesterday evening. He admitted to drinking beer and hard liquor but would not give any specific information. A urine sample was collected and sent to the laboratory to test for alcohol.

Evidence of the above violation can be found in the Pathway House Incident report dated June 7, 2009 and chronological entry on June 8, 2009 and June 23, 2009.

Based on the foregoing, there is probable cause to believe that Brett Wayne Wofford violated the conditions of his supervision.

NDC-SUPV-FORM 12C(1) 06/23/08

Brett Wayne Wofford                                                                Page 3
CR 95-20055-01 JW

Respectfully submitted,

_____
Janie Zhuang
U.S. Probation Officer
Date Signed:  June 23, 2009

                                                     Approved as to form:


                                                     _____
                                                     Susan Portillo
                                                     Supervisory U.S. Probation Officer

═══════════════════════════════════════════════════════════════════════

Having considered the information set forth above,  the court finds there is probable cause to believe
there has been a violation of the conditions of supervision and orders:

☑  The issuance of a summons for the offender to appear in court before the duty Magistrate Judge
    Trumbull  for identification of counsel and setting of revocation proceedings on July 6, 2009 at
    11:00 a.m.
☐  Other:


_____June 23, 2009_____                    _____
Date                                                    James Ware
                                                        United States District Judge


                                                     NDC-SUPV-FORM 12C(1) 06/23/08

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA,

              Plaintiff,

   v.

BRETT W. WOFFORD,

              Defendant.

_____/

Case Number: CR 95-20055-1 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Janie Zhuang
United States Probation Office
280 South First Street
San Jose CA 95113

June 29, 2009


Richard W. Wieking, Clerk

By: Elizabeth C. Garcia, Deputy Clerk