# UNITED STATES DISTRICT COURT
## for
### NORTHERN DISTRICT OF CALIFORNIA
#### San Jose Venue

FILED
OCT 0 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF COURT

### Amended Petition for Arrest Warrant for Offender Under Supervision

Name of Offender:	Brett Wayne Wofford	Docket No.: CR 95-20055-01 JW

Name of Sentencing Judge:	The Honorable James Ware
United States District Judge

Date of Original Sentence:	December 13, 1995

Original Offense:
Count One: Felon in Possess of Firearm, 18 U.S.C. § 922 (g)(1), a Class A felony
Count Two: Felon in Possess of Ammunition, 18 U.S.C. § 922 (g)(1), a Class A felony

Original Sentence: 180 months custody, five years TSR
Special Conditions: Special assessment $100.00; fine $2,500.00; drug/alcohol treatment; search

Prior F12: On June 7, 2009, the offender made an initial appearance before Magistrate Judge Trumbull on Charge One of said violation petition. He was ordered not to consume any alcohol. The offender appeared before U.S. District Judge James Ware on August 17, 2009. The violation hearing was continued to October 19, 2009.

The offender appeared before Magistrate Judge Trumbull on August 21, 2009, for violating the court's release condition prohibiting the offender from drinking any alcohol. The offender was arraigned on charge number two of this amended violation petition. Mr. Wofford was ordered released on his own recognizance and ordered to consume no alcohol.

The offender appeared before Magistrate Judge Trumbull on August 31, 2009. He was arraigned on charge number three of this amended violation petition, after submitting a urinalysis which tested presumptive positive for methamphetamine. Magistrate Judge Trumbull ordered all parties to return on September 4, 2009, to allow time for laboratory confirmation. The offender appeared before Magistrate Judge Trumbull on September 4, 2009. I reported that the lab result came back negative for methamphetamine. The offender was released and ordered not to consume any alcohol.

NDC-SUPV-FORM 12C(1) 06/23/08

Brett Wayne Wofford        Page 2
CR 95-20055-01 JW

Type of Supervision: Supervised Release        Date Supervision Commenced: April 21, 2009
Assistant U.S. Attorney: Steven Seitz        Defense Counsel: Alfredo M. Morales (Appointed)

## Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 06/23/08

Brett Wayne Wofford											Page 3
CR 95-20055-01 JW

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number one which requires him to participate in a program of substance abuse treatment, which include testing to determine if the offender has reverted to the use of controlled substance or alcohol. |

> On June 7, 2009, the offender reported to Pathway Society to submit a random drug testing. According to the staff at Pathway's, the offender appeared intoxicated with alcohol as evidence by the smell of alcohol on his person, his slurred speech, and his use of profanity to staff. In addition, the offender urinated on himself and the floor while sitting in the front office. He left the building without submitting to a urinalysis test.
>
> On June 8, 2009, the offender contacted me telephonically to report the above incident. He advised me that he was turned away by the staff at Pathway's when he reported for urinalysis testing. He said he was asked to leave because the staff smelled alcohol on him.
>
> When questioned, the offender admitted to drinking a couple of beers prior to reporting to Pathway. He denied urinating on himself and insisted that the staff fabricated the report.
>
> On June 23, 2009, U.S. Probation Officer Jose Martinez and I visited the offender at his home. The offender appeared flustered and nervous. When questioned, he admitted to us that he drank alcohol at a bar the prior evening. He admitted to drinking beer and hard liquor but would not give any specific information. A urine sample was collected and the offender tested positive for alcohol.
>
> Evidence of the above violation can be found in the Pathway House Incident report dated June 7, 2009 and chronological entry on June 8, 2009 and June 23, 2009.

Brett Wayne Wofford                                                                                          Page 4
CR 95-20055-01 JW

| | |
|---|---|
| Two | There is probable cause to believe that the offender violated his condition of release ordered by Magistrate Judge Trumbull, on July 6, 2009, which prohibits him from consuming any alcohol. |
| | On August 18, 2009, United States Probation Officer Esmerelda Gupton and I made an unannounced home contact at around 8:15 p.m. We observed the offender walking to a neighbor's apartment with a four pack of Budweiser beer in his hand. Upon contact, the offender was angry and hostile. He kept saying "who are you, what are you doing here." His speech was slurred and he appeared intoxicated with alcohol. Given his behavior, we terminated the contact immediately. |
| | Evidence of the above violation can be found in the chronological entry dated August 18, 2009 and the testimony of the undersigned probation officer and USPO Gupton. |
| Three | There is probable cause to believe that the offender violated his condition of release ordered by Magistrate Judge Trumbull, on July 6, 2009, which prohibits him from consuming any alcohol. |
| | On October 2, 2009, United States Probation Office conducted a surveillance on the offender. He was observed going into a 7-Eleven Store located at 284 S. 11th Street San Jose, CA. USPO Iqbal observed him walking out the store with a brown paper bag. On October 3, 2009, USPO Gupton and I contacted the 7-Eleven store manager. We observed in the 7-Eleven surveillance video that the offender purchased two 23.5 ounce cans of Four Loko, a caffeinated alcoholic beverage which contain 12% alcohol. |
| | Evidence of the above violation can be found in the testimonial of U.S. Probation Officers, Gupton, Iqbal, Turner, the undersigned, the 7-Eleven surveillance CD, and the receipt of purchase from the 7-Eleven electronic journal. |

NDC-SUPV-FORM 12C(1) 06/23/08

| | |
|---|---|
| Four | There is probable cause to believe that the offender violated standard condition number three which requires him to follow the instructions of the probation officer. |

On October 2, 2009, USPO Turner and I observed the offender inside his apartment (after he came back from the 7-Eleven store as noted in charge three). USPO, Gupton, Iqbal and I attempted to contact the offender at his apartment. I directed the offender to open his door and he failed to comply. Moments later officer Gupton and I heard a racking sound resembling that of a gun, we immediately moved away from the door towards the exit. We then heard a loud thump. USPO Turner, who was closest to the exit, observed someone fitting the offender's description running down the street. We later gained entrance to the offender's apartment with the assistance of the house manager who provided us with the key. San Jose Police Department was also at the scene for additional support.

Evidence of the above violation can be found in the testimonial of U.S. Probation Officers, Gupton, Iqbal, Turner, and the undersigned.

Based on the foregoing, there is probable cause to believe that Brett Wayne Wofford violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Janie Zhuang
U.S. Probation Officer
Date Signed: October 5, 2009

Approved as to form:

_____
Susan Portillo
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12C(1) 06/23/08

Brett Wayne Wofford                                                          Page 6
CR 95-20055-01 JW

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL.
☐ Other:

_October 5, 2009_
Date

_James Ware_
James Ware
United States District Judge

NDC-SUPV-FORM 12C(1) 06/23/08

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

v.

BRETT WAYNE WOFFORD,

          Defendant.

Case Number: CR95-20055 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Janie Zhuang
United States Probation
280 South First Street
San Jose CA 95113

Dated: October 6, 2009

Richard W. Wieking, Clerk

By: Elizabeth C. Garcia, Deputy Clerk