O 442 (Rev. 5/93) Warrant for Arrest



SEALED BY ORDER OF COURT

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

v.

**Brett Wayne Wofford**

WARRANT FOR ARREST

Case Number: **CR-95-20055-JW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Brett Wayne Wofford**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  () Complaint
() Order of Court  () Violation Notice  (X) Probation Violation Petition

charging him or her with:

## Violation of Supervised Release

in violation of Title __18__ United States Code, Section(s) __3583__

| | |
|---|---|
| **Cita F. Escolano** | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* (signature) | October 6, 2009, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__    by    __James Ware__
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/8/09 | C. Thiese DUSM 4117 | [signature] |